IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE: )
)
Deena D. Shelton )
SS# XXX-XX-7984 ) Case No: 14-80076
) Chapter 7
)
Debtor(s) )

## AMENDED SCHEDULE F, SUMMARY OF SCHEDULES AND MATRIX

The following is an amended:

Schedule F due to additional creditor.
Matrix due to additional creditor.
Summary of Schedules to show changes to Schedule F.

Respectfully Submitted,
JEFF POTTS LAW OFFICE
/s/ Jeffrey B. Potts
Jeffery B. Potts/OBA # 13756
1515 East Okmulgee
Muskogee, Oklahoma 74403
(918) 687-7755 Phone
(918) 681-3939 Facsimile
Attorney for Debtor

B6F (Official Form 6F) (12/07)

In re  Deena D. Shelton             ,     Case No.  14-80076
         Debtor                                         (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ******041006 <br> American Express <br> P O Box 297879 <br> Ft Sauderdale, FL 33329-7879 | | | Incurred: 01/19/2013 <br> Consideration: Charge Account | | | | 3,021.02 |
| ACCOUNT NO. 26902359 <br> ARS National Services, Inc. <br> PO Box 463023 <br> Escondido, CA 92046 | | | Incurred: 06/2013 <br> Consideration: Collections <br> Collections for Citibank N.A. | | | | Notice Only |
| ACCOUNT NO. Cherryberry Fayetteville <br> Ben E Keith Foods <br> PO Box 8170 <br> Edmond, OK 73083 | | | Incurred: 12/2012 <br> Consideration: Line of Credit <br> Debt for CherryBerry | | | | 1,381.77 |
| ACCOUNT NO. 8384***** <br> Carry Out Supplies <br> 167 N Sunseet Ave <br> City of Industry, CA 91746 | | | Incurred: 06/2013 <br> Consideration: Business supplies | | | | 1,080.00 |

  6   continuation sheets attached

Subtotal ▶ $ 5,482.79

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Deena D. Shelton                    ,          Case No.  14-80076
          Debtor                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 412800323580*****<br>Citibank/Citi Visa<br>P O Box 6497<br>Sioux Falls, SD 57117 | | | Incurred: 01/2012<br>Consideration: Charge Account | | | | 3,750.75 |
| ACCOUNT NO. 315393*****<br>Citibank/Shell<br>PO Box 6497<br>Sioux Falls, SD 57117 | | | Incurred: 06/1996<br>Consideration: Credit card debt | | | | 383.00 |
| ACCOUNT NO. 585637310375*****<br>Comenity Bank<br>PO Box 182789<br>Columbus, OH 43218 | | | Incurred: 10/2007<br>Consideration: Revolving Account | | | | 1,134.00 |
| ACCOUNT NO. 601100831860***<br>Discover Financial<br>PO Box 15316<br>Wilmington, DE 19850 | | | Incurred: 11/2002<br>Consideration: Credit card debt | | | | 4,542.66 |
| ACCOUNT NO. CJ-2013-60<br>District Court of McIntosh County<br>110 N 1st St<br>Eufaula, Oklahoma 74332 | | | Incurred: 07/2013<br>Consideration: Civil Judgement<br>C&S Berry Ventures, LLC | | | | Notice Only |

Sheet no. 1 of 6 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $ 9,810.41

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re __Deena D. Shelton__, Case No. __14-80076__
     Debtor                                         (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 37748119652*****<br>DSNB American Express<br>PO Box 8218<br>Mason, OH 45040 | | | Incurred: 04/2007<br>Consideration: Credit Card | | | | 0.00 |
| ACCOUNT NO. 00002066525*****<br>Farm Bureau Bank<br>PO Box 8803<br>Wilmington, DE 19899 | | | Incurred: 10/2005<br>Consideration: Credit card debt<br>Multiple Accounts 5240490001120635 | | | | 7,810.83 |
| ACCOUNT NO. 1165100<br>First National Bank<br>PO Box 70<br>Broken Arrow, OK 74013 | | | Incurred: 11/2011<br>Consideration: Business Loan<br>C&S Berry Ventures, LLC | | | | 19,880.31 |
| ACCOUNT NO. 30355690<br>FMA Alliance, LTD<br>P O box 2409<br>Houston, TX 77252-2409 | | | Incurred: 12/04/2013<br>Consideration: Collections | | | | Notice Only |
| ACCOUNT NO. 365FPL<br>G&A Wrecker<br>P.O. Box 482<br>Livonia, LA 70755 | | | Incurred: 12/13<br>Consideration: Automobile repairs/service | | | | 1,560.00 |

Sheet no. __2__ of __6__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $    29,251.14

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re __Deena D. Shelton__, Case No. __14-80076__
       Debtor                                   (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 600889135903**** <br> GECRB/JC Penney <br> PO Box 965001 <br> Orlando, FL 32896 | | | Incurred: 11/1999 <br> Consideration: Revolving Account | | | | 1,331.95 |
| ACCOUNT NO. CJ-2013-60 <br> Hartman, Blackstock & Moore <br> PO Box 700690 <br> Tulsa, OK 74170 | | | Incurred: 07/2013 <br> Consideration: Legal Services <br> C&S Berry Ventures, LLC | | | | Notice Only |
| ACCOUNT NO. 5856373103754383 <br> Loft <br> P O Box 659705 <br> San Antonio, TX 78265-9705 | | | Incurred: 04/2013 <br> Consideration: Credit card debt | | | | 1,401.98 |
| ACCOUNT NO. 433878812*** <br> Macy's <br> PO Box 8218 <br> Mason, OH 45040 | | | Incurred: 04/2007 <br> Consideration: Revolving Account | | | | 964.00 |
| ACCOUNT NO. 1502938534 <br> Midland National Life <br> P O Box 77065 <br> Minneapolis, MN 55480-7765 | | | Incurred: 12/16/2012 <br> Consideration: Insurance | | | | 427.71 |

Sheet no. __3__ of __6__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 4,125.64

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Deena D. Shelton                        ,    Case No.  14-80076
         Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2190123-5<br>Morgan & Associates<br>2601 N W Expressway, Suite 205 East<br>Oklahoma City, OK 73112 | | | Incurred: 07/2013<br>Consideration: Collections<br>Collections for JC Penney | | | | Notice Only |
| ACCOUNT NO. 19988809-P1<br>Mutual Assurance Administators, Inc<br>PO Box 42096<br>Oklahoma City, OK 73123 | | | Incurred: 12/2012<br>Consideration: Medical Services | | | | 75.60 |
| ACCOUNT NO. LP3548<br>NCO Financial Systems<br>PO Box 15757<br>Wilmington, DE 19850 | | | Incurred: 06/2013<br>Consideration: Collections<br>Collections for American Express | | | | Notice Only |
| ACCOUNT NO. F97759115<br>Northland Group Inc<br>PO Box 390846<br>Edina, MN 55439 | | | Incurred: 08/2013<br>Consideration: Collections<br>Collections for Macy's | | | | Notice Only |
| ACCOUNT NO. 2974<br>O2 Testing Services<br>3605 Claymore Dr<br>Plano, TX 75075 | | | Incurred: 10/2012<br>Consideration: Medical Services | | | | 100.00 |

Sheet no. 4 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 175.60

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Deena D. Shelton, Debtor

Case No. 14-80076 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 12536<br>Ochsner Chiropactic Center<br>7877 S Sheridan<br>Tulsa, OK 74133 | | | Incurred: 02/2013<br>Consideration: Medical Services | | | | 696.54 |
| ACCOUNT NO. 116510<br>Pray Walker & Associates<br>100 W 5th St Suite 900<br>Tulsa, OK 74103 | | | Incurred: 01/2013<br>Consideration: Collections<br>Collections for First National Bank<br>C&S Berry Ventures, LLC | | | | Notice Only |
| ACCOUNT NO. J0068033420<br>Saint Johns Medical Center<br>1923 S Utica Ave<br>Tulsa, OK 74104r | | | Incurred: 02/2013<br>Consideration: Medical Services<br>Multiple Accounts B0033149123 | | | | 23,934.60 |
| ACCOUNT NO. 20100508<br>Triad Bank<br>P O Box 35567<br>Tulsa, OK 74153 | | | Incurred: 07/14/2012<br>Consideration: Personal loan | | | | 5,660.90 |
| ACCOUNT NO. 8788270126917<br>United Merchant Services<br>255 Route 17 South<br>Hackensack, NJ 07601 | | | Incurred: 04/2013<br>Consideration: Revolving Account<br>RE: Cherry Berry Fayetteville | | | | 5,490.11 |

Sheet no. 5 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 35,782.15

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Deena D. Shelton ,    Case No.  14-80076
        Debtor                                     (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 386911<br>Van Dinter & Associates, Inc<br>43525 Ridge Park Dr Suite 300<br>Temecula, CA 92590 | | | Incurred: 06/2013<br>Consideration: Collections<br>Cherryberry-Fayetteville<br>Collections for Carryoutsupplies | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 6 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 0.00

Total ▶ $ 84,627.73

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

# United States Bankruptcy Court
Eastern District of Oklahoma

In re Deena D. Shelton

Debtor

Case No. 14-80076

Chapter 7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 170,000.00 | | |
| B – Personal Property | YES | 4 | $ 30,212.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 264,323.16 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 51,736.13 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 7 | | $ 84,627.73 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 2 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 3,869.50 |
| J - Current Expenditures of Individual Debtors(s) | YES | 3 | | | $ 3,860.00 |
| TOTAL | | 26 | $ 200,212.00 | $ 400,687.02 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE: )
)
Deena D. Shelton )
SS# XXX-XX-7984 ) Case No: 14-80076
) Chapter 7
)
Debtor(s) )

## AMENDED SCHEDULE F, SUMMARY OF SCHEDULES AND MATRIX

The above named debtor hereby verifies that the Amendment to Schedule F, Summary of Schedules and Matrix is true and correct to the best of my knowledge.

/s/ Deena D. Shelton          DATED: 2-17-14
Deena D. Shelton
Debtor


/s/ Jeffrey B. Potts
Jeffery B. Potts, OBA # 13756
1515 East Okmulgee
Muskogee, Oklahoma 74403
(918) 687-7755 Phone
(918) 681-3939 Facsimile
Attorney for Debtor

American Express
P O Box 297879
Ft Sauderdale, FL 33329-7879

ARS National Services, Inc.
PO Box 463023
Escondido, CA 92046

Ben E Keith Foods
PO Box 8170
Edmond, OK 73083

Carry Out Supplies
167 N Sunseet Ave
City of Industry, CA 91746

Citibank/Citi Visa
P O Box 6497
Sioux Falls, SD 57117

Citibank/Shell
PO Box 6497
Sioux Falls, SD 57117

Comenity Bank
PO Box 182789
Columbus, OH 43218

Discover Financial
PO Box 15316
Wilmington, DE 19850

District Court of McIntosh County
110 N 1st St
Eufaula, Oklahoma 74332

DSNB American Express
PO Box 8218
Mason, OH 45040


Farm Bureau Bank
PO Box 8803
Wilmington, DE 19899


Fayettevile
Office of the City Prosecutor
176S. Church, Suite 2
Fayetteville, AR 72701


First National Bank
PO Box 70
Broken Arrow, OK 74013


FMA Alliance, LTD
P O box 2409
Houston, TX  77252-2409


G&A Wrecker
P.O. Box 482
Livonia, LA 70755


GECRB/JC Penney
PO Box 965001
Orlando, FL 32896


Hartman, Blackstock & Moore
PO Box 700690
Tulsa, OK 74170


James M. Shelton
1402 N. Causeway Blvd #307
Mandeville, LA 70471

James M. Shelton  
1402 N. Causeway Blvd #307  
Mandeville, LA 70471  

James M. Shelton  
1402 N. Causeway Blvd #307  
Mandeville, LA 70471  

James M. Shelton  
1402 N. Causeway Blvd #307  
Mandeville, LA 70471  

James M. Shelton  
1402 N. Causeway Blvd #307  
Mandeville, LA 70471  

Loft  
P O Box 659705  
San Antonio, TX 78265-9705  

Macy's  
PO Box 8218  
Mason, OH 45040  

Midland National Life  
P O Box 77065  
Minneapolis, MN 55480-7765  

Mike and Faye Chaffin  
15211 Haynes Rd  
Rogers, AR 72756  

Mike and Faye Chaffin  
15211 Haynes Rd  
Rogers, AR 72756  

Mike and Faye Chaffin  
15211 Haynes Rd  
Rogers, AR 72756

Morgan & Associates
2601 N W Expressway, Suite 205 East
Oklahoma City, OK 73112


Mutual Assurance Administators, Inc
PO Box 42096
Oklahoma City, OK 73123


NCO Financial Systems
PO Box 15757
Wilmington, DE 19850


Northland Group Inc
PO Box 390846
Edina, MN 55439


O2 Testing Services
3605 Claymore Dr
Plano, TX 75075


Ochsner Chiropactic Center
7877 S Sheridan
Tulsa, OK 74133


Pray Walker & Associates
100 W 5th St Suite 900
Tulsa, OK 74103


Saint Johns Medical Center
1923 S Utica Ave
Tulsa, OK 74104r


State of Arkansas
Department of Finance and Admin
PO Box 8090
Little Rock, AR 72203

State of Arkansas
Department of Finance and Admin
PO Box 9941
Little Rock, AR 72203

Triad Bank
P O Box 35567
Tulsa, OK  74153

Triad Bank
PO Box 35567
Tulsa, OK 74153

Tulsa Teachers Credit Union
3720 E 31st St
Tulsa, OK 74135

Tulsa Teachers Credit Union
3720 E 31st St
Tulsa, OK 74135

Tulsa Teachers Credit Union
3720 E 31st St
Tulsa, OK 74135

United Merchant Services
255 Route 17 South
Hackensack, NJ 07601

Van Dinter & Associates, Inc
43525 Ridge Park Dr Suite 300
Temecula, CA 92590

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Oklahoma

In re:

Deena D. Shelton

Case No. 13_
Chapter 7

Debtor(s)

### VERIFICATION BY DEBTORS OF OFFICIAL CREDITOR MATRIX AND CERTIFICATION OF MATRIX BY ATTORNEY

    _x_   Original
    ___   Amendment
    ___ Add    ___ Delete

I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on computer diskette, CD ROM, or uplaod to the Electronic Case Filing System is a true, correct and complete listing to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes

If this filing is an amendment to the creditor list, indicate <u>only</u> the number of creditors being added or to be deleted at this time. (For verification purposes, attach a list of the creditors being submitted, uploaded, or to be deleted.)

__37__# of Creditors (or amended, # of creditors added)

Method of submission:
(a)    __x__ uploaded to Electronic Case Filing System; or
(b)    ____ Creditor List Submission application

_____ # of Creditors (on attached list) to be deleted

*Deena D. Shelton* (signature)
Deena D. Shelton

/s/ Jeffery B. Potts
Jeffery B. Potts, OBA No. 13756
1515 East Okmulgee
Muskogee, OK 74403
(918) 687-7755
(918) 681-3939 Facsimile
jeffpottslawoffice@yahoo.com

Date: 2/17/14

[Check if applicable] _____ Creditor(s) with foreign address included.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE: )
)
Deena D. Shelton )
SS# XXX-XX-7984 ) Case No: 14-80076
) Chapter 7
)
Debtor(s) )

### CERTIFICATE OF MAILING

The undersigned certifies that on the 17 day of Feb., 2014, a true and correct copy of the Amended Schedule F, Summary of Schedules, Matrix and Notice of Commencement with all applicable bar dates was mailed were mailed with proper postage to the parties listed below and all interested parties on the matrix:

Emailed Electronically to:

Charles Greenough
charles.greenough@mcafeetaft.com, mrcgreenough@ecf.epiqsystems.com

Office of US Trustee
USTPRegion20.TU.ECF@usdoj.gov

/s/ Jeffery B. Potts
Jeffery B. Potts
1515 East Okmulgee
Muskogee, Oklahoma 74403
(918) 687-7755 Phone
(918) 681-3939 Facsimile
Attorney for Debtor